# UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 3 1 2012

MATTHEW J. DYKMAN
CLERK

UNITED STATES OF AMERICA
vs.
Krisohn Adakai: DOB 1991

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: 12mj1767

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about  July 28, 2012  in  San Juan  County, in the  State of New Mexico  and  District of  New Mexico  defendant(s) did,

(Track Statutory Language of Offense)

commit murder

in violation of Title  18  United States Code, Section(s)  1111

I further state that I am a(n)  Criminal Investigator  and that this complaint is based on the following facts:

See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part of this complaint:  X Yes  ☐ No

Signature of Complainant

Printed Name of Complainant

Sworn to before me and signed in my presence,

7-31-12
Date

ROBERT HAYES SCOTT
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judge

at

ALBUQUERQUE, NEW MEXICO
City and State

Robert H. Scott
Signature of Judge

MB/AUSA

NEW MEXICO

ALBUQUERQUE, NEW MEXICO

United States of America            )

vs                                  )

KRISOHN ADAKAI
DATE OF BIRTH: 1991                 )
Social Security Number XXX-XX-3173

<u>AFFIDAVIT</u>

1) I AM A REGULARLY APPOINTED CRIMINAL INVESTIGATOR FOR THE NAVAJO NATION POLICE DEPARTMENT AND INVESTIGATE CRIMES ON THE NAVAJO INDIAN RESERVATION. THE FOLLOWING FACTS WERE DETERMINED DURING THE COURSE OF AN INVESTIGATION CONDUCTED BY AGENTS OF THE FBI AND NAVAJO POLICE DEPARTMENT CRIMINAL INVESTIGATORS AND COMMUNICATED TO ME.

2) THE VICTIM, WITNESSES, AND SUBJECTS INVOLVED IN THIS INVESTIGATION WILL BE HEREINAFTER REFERRED TO AS FOLLOWS:

    A. <u>Victim</u>
       1. CRYSTAL TOM, age 26 ("CRYSTAL" - Year of Birth: 1985)

    B. <u>Subject</u>
       1. KRISOHN ADAKAI, age 20 ("KRISOHN" - Year of Birth: 1991).

    C. <u>WITNESS</u>
       1. HERBERT CHARLEY, ("HERBERT")

3) ON 07/30/2012 THE NAVAJO POLICE DEPARTMENT IN SHIPROCK, NEW MEXICO WAS CONTACTED BY FAMILY MEMBERS OF CRYSTAL, WHO DESCRIBED THAT SHE HAD BEEN MISSING SINCE SATURDAY, JULY 28, 2012. THE FAMILY HAD REASON TO BELIEVE THAT KRISOHN, WHO IS A FRIEND OF CRYSTAL THAT LIVES IN BECLABITO, NEW MEXICO, WAS THE LAST PERSON TO BE WITH HER.

4) IN THE MORNING OF 07/30/2012, HERBERT CHARLEY, WHO IS AN UNCLE OF KRISOHN, WENT TO NHA HOUSING #8, IN BECLABITO, NM, WHERE KRISOHN WAS LIVING. HERBERT HAD A CONVERSATION WITH KRISOHN REGARDING THE WHEREABOUTS OF CRYSTAL. KRISOHN STARTED CRYING AND STATED THAT CRYSTAL WAS "GONE". HERBERT ASKED WHERE CRYSTAL WENT AND KRISOHN STATED "AREA 7". KRISOHN STATED THAT SHE HAD GOTTEN INTO A FIGHT WITH CRYSTAL AND THAT CRYSTAL WENT "CRAZY". KRISOHN STATED THAT SHE WAS "SORRY" AND "DIDN'T MEAN TO DO IT" AND "DIDN'T MEAN FOR IT TO HAPPEN".

5) THE FBI AND CRIMINAL INVESTIGATIONS OFFICE CONTACTED KRISOHN FOR AN INTERVIEW. KRISOHN STATED THAT ON SATURDAY EVENING SHE HAD BEEN DRINKING ALCOHOL WITH CRYSTAL AT HER HOUSE IN BECLABITO, NEW MEXICO. KRISOHN AND CRYSTAL WERE THE ONLY PEOPLE HOME. AN ARGUMENT AND FIGHT BROKE OUT BETWEEN THEM OVER ISSUES THAT THEY HAD BOTH BEEN SEXUALLY MOLESTED. KRISOHN STATED THAT SHE HAD A BLACK HANDLE, FIXED BLADE KNIFE IN THE ROOM, AND REMEMBERED HAVING THE KNIFE IN HER HAND DURING THE FIGHT. AT SOME POINT, KRISOHN TACKLED CRYSTAL AND GOT ON TOP OF HER SO SHE COULDN'T MOVE HER ARMS. IT WAS FROM THIS POSITION THAT KRISOHN WAS HITTING HER IN THE FACE, BUT SHE DIDN'T REMEMBER HAVING THE KNIFE IN HER HAND. AFTER CRYSTAL STOPPED FIGHTING BACK, KRISOHN GOT OFF OF HER AND WENT TO BED. KRISOHN DOESN'T REMEMBER ANYTHING ELSE UNTIL APPROXIMATELY 8:00 AM SUNDAY MORNING, JULY 29. WHEN SHE WOKE UP SHE SAW BLOOD ALL OVER THE FLOOR, HER FACE, HANDS, AND SAW HEAVY BLEEDING FROM CRYSTAL'S HEAD, WHO WAS APPARENTLY DEAD. THE KNIFE WAS LYING ON THE FLOOR NEXT TO HER BED. KRISOHN ALSO NOTICED THAT SHE HAD A LARGE CUT ON HER HAND THAT SHE ASSUMED CAME FROM CRYSTAL. KRISOHN BELIEVES THAT IT WAS POSSIBLE THAT SHE STABBED CRYSTAL.

6) KRISOHN THEN BEGAN TO CLEAN UP ALL THE BLOOD AND GATHER THE BOTTLES OF ALCOHOL. THERE WERE ALSO RUGS IN THE ROOM WITH BLOOD STAINS THAT SHE ROLLED UP AS WELL. SHE CUT THE BLOOD SOAKED CLOTHING OFF OF CRYSTAL AND PUT IT INTO THE PLASTIC BAG WITH THE ALCOHOL BOTTLES, CLEANING ITEMS, AND OTHER BLOOD STAINED ITEMS. KRISOHN THEN WALKED OVER TO HER GRANDMA'S HOUSE TO BORROW HER CAR. KRIS TOLD HER GRANDMA THAT SHE NEEDED TO BORROW THE CAR TO GO TO THE SHIPROCK HOSPITAL TO RECEIVE TREATMENT FOR THE CUT ON HER HAND THAT SHE RECEIVED FROM A PIECE OF METAL.

7) KRISOHN THEN LOADED CRYSTAL'S BODY INTO THE TRUNK OF HER GRANDMA'S CAR ALONG WITH THE ITEMS SHE PUT INTO THE PLASTIC BAG AND THE ROLLED UP RUGS WITH BLOOD ON THEM. THE KNIFE WITH THE BLACK HANDLE WAS LEFT INSIDE HER BEDROOM. SHE THEN DROVE THE VEHICLE TO "AREA 7", WHICH IS DESCRIBED AS A REMOTE AREA 10 MILES WEST OF SHIPROCK ON FARM ROAD. SHE DROPPED OFF THE BODY, THE PLASTIC BAG FILLED WITH ITEMS, AND THE RUGS IN THREE SEPARATE LOCATIONS AT APPROXIMATELY 11:00 AM ON SUNDAY MORNING. SHE THEN DROVE TO FARMINGTON AND GOT TREATMENT FOR HER HAND AT THE SAN JUAN MEDICAL CENTER, URGENT CARE FACILITY IN FARMINGTON, NEW MEXICO.

8) KRISOHN AGREED TO DRIVE INVESTIGATORS TO THE LOCATIONS WHERE SHE DROPPED OFF EACH OF THE ITEMS AND CRYSTAL. DURING THE COURSE OF DRIVING ON FARM ROAD, KRISOHN TOOK INVESTIGATORS TO "AREA 7" LOCATIONS WHERE APPARENT BLOOD STAINED RUGS WERE FOUND, A PLASTIC BAG CONTAINING ALCOHOLIC BOTTLES, BLOOD COVERED ITEMS, AND TO THE BODY OF CRYSTAL TOM. CRYSTAL WAS FOUND LYING NAKED IN THE TREES WITH BLUE JEANS PULLED DOWN AROUND HER ANKLES. THE APPROXIMATE GPS COORDINATES IS N 36.53.820', W 108.52.153'. KRISOHN STATED THAT SHE TRIED TO FIND AN AREA THAT SHE HAD NEVER BEEN TO TAKE THE ITEMS AND CRYSTAL'S BODY.

9) A FEDERAL SEARCH WARRANT FOR THE RESIDENCE OF NHA HOUSING #8, BECLABITO, NEW MEXICO, WHERE KRISOHN LIVED WAS OBTAINED ON 07/30/2012. RESULTS OF THE SEARCH IDENTIFIED BLOOD LIKE SUBSTANCES ON ALL FOUR WALLS OF THE BEDROOM, BLOOD ON THE FURNITURE, BLOODY CLOTHES, AND A BLOODY EAR GAUGE. ALSO FOUND DURING THE SEARCH WAS A KNIFE WITH A BLACK HANDLE WITH APPARENT BLOOD AND A BLACK TRASH BAG WITH BLOOD SOAKED PILLOWS AND OTHER ITEMS WITH APPARENT BLOOD. THE BEDROOM HAD THE APPEARANCE OF BEING RECENTLY CLEANED.

10) ANNA MAE CHARLEY, WHO IS THE GRANDMOTHER OF KRISOHN, AND LIVES AT NHA #8, IDENTIFIED THE BLACK HANDLED KNIFE FOUND FROM THE SEARCH AS KRISOHN'S KNIFE. ANNA MAE STATED THAT KRISOHN WOULD FREQUENTLY SHARPEN THE KNIFE.

11) A CHECK OF NAVAJO NATION ENROLLMENT RECORDS, SHOW KRISOHN AND CRYSTAL ARE ENROLLED MEMBERS OF THE NAVAJO INDIAN TRIBE. THE LOCATION OF THE MURDER, DESCRIBED AS NHA HOUSING #8, BECLABITO, NEW

MEXICO, IS LOCATED WITHIN THE EXTERIOR BOUNDARIES OF THE NAVAJO INDIAN RESERVATION. THE LOCATIONS WHERE CRYSTAL'S BODY WAS RECOVERED IS ALSO LOCATED WITHIN THE EXTERIOR BOUNDARIES OF THE NAVAJO INDIAN RESERVATION.

12) BASED ON THE ABOVE, YOUR AFFIANT SUBMITS, PROBABLE CAUSE EXISTS TO BELIEVE KRISOHN ADAKAI, AN INDIAN PERSON, COMMITTED THE FOLLOWING OFFENSES: MURDER, THE UNLAWFUL KILLING OF A HUMAN BEING WITH MALICE AFORETHOUGHT, THAT IS SHE MURDERED, CRYSTAL TOM, AN INDIAN PERSON, BY STABBING HER WITH A KNIFE, IN VIOLATION OF TITLE 18, UNITED STATES CODE 1111; AND THAT THE OFFENSE OCCURRED IN INDIAN COUNTRY, TO WIT THE NAVAJO INDIAN RESERVATION, IN VIOLATION OF TITLE 18, UNITED STATES CODE 1153.

*[signature]*
Jeff Joe
Criminal Investigator
Navajo Department of Criminal Investigations

Subscribed and sworn before me on this 31st day of July, 2012

*[signature: Robert H. Scott]*
------------------------------
United States Magistrate Judge

**ROBERT HAYES SCOTT**
**UNITED STATES MAGISTRATE JUDGE**

4